UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMMANUEL SKOUNTZOS,

                    Petitioner.

-against-

FEDERAL BUREAU OF PRISONS FCI OTISVILLE SATELLITE CAMP,

                    Respondent.

**ORDER**

24 Civ. 3317 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        This Court has accepted the above-captioned case as related to <u>United States v. Emmanuel Skountzos</u>, 23 Cr. 473 (PGG).  The Government is directed to respond to Emmanuel Skountzos's April 30, 2024 petition (Dkt. No. 1) by **May 3, 2024, at 5:00 p.m.**

Dated:    New York, New York
            May 2, 2024

                                      SO ORDERED.

                                      *[signature]*
                                      Paul G. Gardephe
                                      United States District Judge