**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
EMMANUEL SKOUNTZOS,

                    Petitioner,           24 **CIVIL** 3317 (PGG)

     -against-                            **JUDGMENT**

FEDERAL BUREAU OF PRISONS,
FEDERAL CORRECTIONAL INSTITUTION
OTISVILLE SATELLITE CAMP,

                    Respondent.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 6, 2024, Petitioner's request for relief under 28 U.S.C. § 2241 is denied as moot. Accordingly, the petition is terminated and the case is closed.

**DATED:** New York, New York
           May 6, 2024

                                                        **RUBY J. KRAJICK**
                                                        Clerk of Court

                             **BY:** _____
                                                        **Deputy Clerk**